408 A.2d 1098

Sidney M. DeANGELIS and Jack Friedland

v.

COMMONWEALTH LAND TITLE INSURANCE COMPANY, Charles and Norma Ferrante, his wife, George Famiglio, Jeremiah P. Delaney, Sheriff of Montgomery County, and Edwin K. Daly and Jeanne G. Daly, his wife, Defendants.

Appeal of Edwin K. DALY and Jeanne G. Daly, his wife.

Supreme Court of Pennsylvania.

Argued Oct. 9, 1979.

Decided Dec. 21, 1979.

Edwin K. Daly, Jr., Bryn Mawr, for appellant.

Raymond T. Cullen, Thomas A. Masterson, Philadelphia, for appellees, Commonwealth Land Title Insurance Co., et al.

Patrick J. O'Connor, Philadelphia, for Harry P. Begier, Jr. and M. Priscilla Begier.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

## OPINION BY THE COURT

PER CURIAM:

Appeal transferred to the Superior Court of Pennsylvania pursuant to the Judicial Code, Act of July 9, 1976, P.L. 586, No. 142, § 2, 42 Pa.C.S.A. §§ 742 and 5103(a).

MANDERINO, J., did not participate in the decision of this case.